■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN L. MILLER, JR., Respondent, v CATHERINE F. MILLER, Appellant. — In a habeas corpus proceeding, the appeal is from a judgment of the Supreme Court, Kings County (Deeley, J.), dated November 24, 1982, which, *inter alia,* set certain visitation rights for the petitioner with the child of the parties. Judgment reversed, without costs or disbursements, and matter remitted to the Supreme Court, Kings County, for further proceedings in accordance herewith. Pending determination of the matter, the visitation directed in the judgment appealed from shall continue. We note that an independent psychiatric evaluation has not been made of the petitioner and of the child. Under the facts of this case, and in light of the foregoing, we remit the matter to the Supreme Court, Kings County, for the appointment of an independent psychiatrist or psychiatrists to conduct such evaluations of the father and son and to report to that court. Thereafter, the court shall conduct further proceedings and make its determination based upon the psychiatric reports and all the facts and circumstances of this case. Gibbons, J. P., Thompson, Gulotta and Boyers, JJ., concur.

## (June 28, 1983)

■ In the Matter of LEO CONRAD, a Disbarred Attorney for Reinstatement to the Bar. — Motion by Leo Conrad, a disbarred attorney, who was originally admitted to practice as an attorney and counselor at law by the Appellate Division of the Supreme Court, First Judicial Department, on December 4, 1950 under the name Leo Cohen, and who thereafter was disbarred by this court's order dated June 17, 1963, for reinstatement as an attorney and counselor at law. The Committee on Character and Fitness for the Second, Tenth and Eleventh Judicial Districts, has submitted its report upon the investigation into petitioner's character and fitness and found that he presently possesses the requisite character and fitness for an attorney and counselor at law. This court adopts the report of the Committee on Character and Fitness; and directs that the petitioner Leo Conrad be reinstated, forthwith upon his submission of proof of satisfactory completion of a New York State Bar Review Course. Mollen, P. J., Damiani, Titone, Lazer and Gibbons, JJ., concur.